IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KENNETH SMITHERS, | : |
| Plaintiff, | : |
| v. | : CASE NO. 5:05-cv-439 (CAR) |
| MICHAEL W. WYNNE, | : |
| Acting Secretary of the Air Force, | : |
| Defendant. | : |

# J U D G M E N T

The Court by Order dated and filed March 28, 2007, having granted Defendant's Motion for Summary Judgment,

JUDGMENT is hereby entered in favor of Defendant and against Plaintiff. Defendant is entitled to recover its costs of this action.

This 28th day of March, 2007.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**